IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JOSEPH C. WHIGHAM,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHASE AUTO FINANCE CORP.,<br><br>    *Defendant*. | Civil Action No. 2:11cv256 |

## DEFENDANT'S MOTION TO DISMISS

NOW COMES Defendant Chase Auto Finance Corporation ("Chase"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted. In support of its motion, Chase refers this Court to its memorandum in support, filed simultaneously herewith.

WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this motion to dismiss, Chase respectfully requests that this Court (1) grant its motion to dismiss; (2) dismiss the Complaint with prejudice; (3) award Chase its attorneys' fees and costs incurred in defending this matter; and (4) award any other relief that this Court deems just and proper.

                                         Respectfully submitted,

                                         CHASE AUTO FINANCE CORP.

                                         By Counsel

          /s/
Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74636)
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel:    757/640-3733
Fax:   757/670-3961
eashcroft@mcguirewoods.com

*Attorneys for Chase Auto Finance Corp.*

**CERTIFICATE OF SERVICE**

  I certify that on June 22, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

Rebecca S. Colaw, Esquire
VSB# 47702
REBECCA S. COLAW, P.C.
114 Franklin Street
Suffolk, Virginia 23434
Phone: (757)539-5020
Facsimile: (757) 539-5743
rsc@colawlaw.com

Andrew M. Hendrick, Esq. (VSB # 42852)
Robert J. Haddad, Esquire (VSB #22298)
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23453
757-671-6012
757-671-6004 (fax)
ahendrick@srgslaw.com

*Counsel for Plaintiff*

                /s/
                Robert W. McFarland (VSB No. 24021)
                Erin Q. Ashcroft (VSB No. 74636)
                McGuireWoods LLP
                101 W. Main Street, Ste. 9000
                Norfolk, VA 23510
                Tel: 757/640-3733
                Fax: 757/670-3961
                eashcroft@mcguirewoods.com

                *Attorneys for Chase Auto Finance Corp.*

\31934904.1