IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JOSEPH C. WHIGHAM**

        **Plaintiff,**

**v.**                                                                   Civil Action No.: 2:11cv256

**CHASE AUTO FINANCE CORP.,**

        **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, JOSEPH C. WHIGHAM, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the OPINION AND ORDER entered on October 5, 2011 and JUDGMENT entered in this action on October 6, 2011.

    Respectfully submitted,
/s/_____
Rebecca S. Colaw, Esquire (VSB # 47702)
Attorney for Andre Gordon
Rebecca S. Colaw, Attorney at Law, P.C.
114 Franklin Street
Suffolk, VA 23434
(757) 539-5020
(757) 539-5743 (fax)
rsc@colawlaw.com

Robert J. Haddad, Esquire (VSB #22298)
Andrew M. Hendrick, Esquire (VSB # 42852)
Attorneys for Andre Gordon
SHUTTLEWORTH, RULOFF, SWAIN,
HADDAD & MORECOCK, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452
757-671-6000
757-671-6004 (fax)

rhaddad@srgslaw.com
ahendrick@srgslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st of October 2011, I electronically filed the foregoing Notice of Appeal using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert William McFarland
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3700
(757) 640-3701 (fax)
rmcfarland@mcguirewoods.com

      Respectfully submitted,
/s/_____
Rebecca S. Colaw, Esquire (VSB # 47702)
Attorney for Andre Gordon
Rebecca S. Colaw, Attorney at Law, P.C.
114 Franklin Street
Suffolk, VA 23434
(757) 539-5020
(757) 539-5743 (fax)
rsc@colawlaw.com

Robert J. Haddad, Esquire (VSB #22298)
Andrew M. Hendrick, Esquire (VSB # 42852)
Attorneys for Andre Gordon
SHUTTLEWORTH, RULOFF, SWAIN,
HADDAD & MORECOCK, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, VA 23452
757-671-6000
757-671-6004 (fax)
rhaddad@srgslaw.com
ahendrick@srgslaw.com